IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, | 1:07-cv-01615-WMW (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
| vs. | TO FILE RESPONSE |
| JOHN DUVEY, DIRECTOR, | (DOCUMENT #15) |
| Respondent. | FORTY-FIVE DAY DEADLINE |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed within forty-five days of service of this order.

IT IS SO ORDERED.

Dated:   April 30, 2008              /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE