IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, | 1:07-cv-01615-LJO-WMW (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS |
| vs. | |
| JOHN DUVEY, | (DOCUMENT #27) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 14, 2008, petitioner filed a motion to extend time to file a response to respondent's Motion to Dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to a response.

IT IS SO ORDERED.

**Dated:   July 28, 2008**               **/s/  William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE